# Court of Appeals
# of the State of Georgia

ATLANTA, September 06, 2013

*The Court of Appeals hereby passes the following order:*

## A13A2272. MICHAEL ONYEKWELU OKEKE v. SAFECO NATIONAL INSURANCE COMPANY.

Michael Onyekwelu Okeke filed a suit against Safeco National Insurance Company ("Safeco"), seeking to recover under his uninsured motorist policy. The jury awarded him a total of $9,222.89, and the trial court denied his motion for new trial. Okeke now seeks appellate review.

Safeco filed a motion to dismiss this appeal, arguing that Okeke was required to follow the discretionary appeal procedure. Safeco is correct. The discretionary appeal procedure is required where a money judgment in an action for damages totals $10,000.00 or less. See OCGA § 5-6-35 (a) (6). *Jennings v. Moss*, 235 Ga. App. 357 (509 SE2d 655) (1998). Because Okeke failed to follow the required procedure, we lack jurisdiction to consider this appeal. Safeco's motion to dismiss is hereby GRANTED and this appeal is DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 09/06/2013
   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*


_____, *Clerk.*